UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:14-cv-00734-BR

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
| Appellant, | ) ) ) | |
| v. | ) ) | ORDER |
| HUMPHREY HEATING AND AIR CONDITIONING, INC., | ) ) ) ) | |
| Appellee. | | |

This matter comes before the court on Weaver Cooke Construction, LLC's motion to dispense with the appendix requirement under Bankruptcy Rules 8018(b)(1) and (2).

The motion is ALLOWED.

This 31 August 2015.

_____
W. Earl Britt
Senior U.S. District Judge