UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Weaver Cooke Construction, LLC,<br>    Appellant,<br><br>v.<br><br>Humphrey Heating and Air<br>Conditioning, Inc.,<br>    Appellee. | **JUDGMENT**<br><br>No. 5:14-CV-734-BR |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 26 September 2014 order of the bankruptcy court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings

**This judgment filed and entered on August 23, 2016, and served on:**

Joseph P. Gram  (via CM/ECF Notice of Electronic Filing)
Kelli E Goss  (via CM/ECF Notice of Electronic Filing)
Luke J. Farley  (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III  (via CM/ECF Notice of Electronic Filing)
Steven C. Lawrence (via CM/ECF Notice of Electronic Filing)
Stacey Erin Tally (via CM/ECF Notice of Electronic Filing)

August 23, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk